UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUDRIKA HOUSTON                                                   PLAINTIFF

v.                      No. 2:23-cv-2132

DeLAY GUNNER
(Judge, Sebastian County Circuit Court);
DANIEL SHONE
(Sebastian County Prosecutor); and
CINDY GILMER
(Clerk, Sebastian County Circuit Court)                            DEFENDANTS

## ORDER

      Before the Court is the report and recommendation (Doc. 13) ("R&R") from Chief United States Magistrate Judge Mark E. Ford, to which Plaintiff has filed objections (Doc. 14). Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that Plaintiff's case be dismissed because all Defendants have absolute immunity from his claims. The Court has conducted a *de novo* review of the R&R. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.[1] The R&R is ADOPTED IN ITS ENTIRETY.

      IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

      IT IS SO ORDERED this 8th day of January, 2024 .

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Confusingly, Plaintiff's objections repeatedly state that they are being made in response to filings by Defendants that do not appear anywhere on the docket in this matter, including a summary judgment motion and affidavits.